AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:18-MJ-02518
SAFETY DEPOSIT BOX NUMBER 751, located at Chase )
Bank, 270 S. State College Blvd., Brea, CA 92821 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Central__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __14 days from the date of its issuance__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____

Date and time issued: 9/21/18 5:00pm  /s/ Patrick J. Walsh
                                        *Judge's signature*

City and state: Los Angeles, California     Hon. Patrick J. Walsh, Chief Magistrate Judge
                                            *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:18-MJ-02518 | Date and time warrant executed: 9/27/18  10:30 | Copy of warrant and inventory left with: LTOS Tanya Rivera, Chase Bank |
|---|---|---|

Inventory made in the presence of:
Robert Chouthi

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached

### Certification (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 9/28/18

Executing officer's signature

Robert Chouthi, Special Agent
Printed name and title

AUSA: Andrew Brown, 11th Floor, x0102

The following is a list of items seized from Safety Deposit Box Number 751, located at Chase Bank, 270 S. State College Blvd., Brea, CA 92821 on September 27, 2018 at approximately 10:30 AM. Owners Ti Lu, aka Jerry Young, and Yu Hao Hung, aka Alex Young were in custody at the time of seizure.

| Item # | Type | Collected On | Acquistion Event | Description |
|---|---|---|---|---|
| 1B27 | General | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) One (1) Certificate of Naturalization for Alex Young contained in one (1) non-addressed USPS mailing envelope. |
| 1B26 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) Five (5) "Swiss 1 Kilo Fine Gold" Bars |
| 1B25 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) 97 gold colored coins. One (1) golddealer.com bag. |
| 1B24 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) One (1) brown colored bag. 116 gold colored coins |
| 1B23 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) Six (6) one ounce gold colored coins. One (1) five gram gold colored coin. |
| 1B22 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) One (1) gram of suspected gold. Brand name PAMP- Products Artistiques Metaux Precieux. |
| 1B21 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) Six (6) large gold colored coins. one (1) yellow box. one (1) Manilla envelope. |
| 1B20 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) One (1) red cloth pouch with gold colored design. One (1) red container with two (2) gold colored bracelets. One (1) red container with green colored pendent. |
| 1B19 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) Bank of America (122400724) and Ameritrade (021912915) Checkbooks. |
| 1B18 | Valuables | 9/27/2018 13:30 | (U) Evidence Collected from Safety Deposit Box #751 at JP Morgan Chase Bank | (U) USD Currency Totalling $98,900. 989 x $100's. |